# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-5254

———————————————

CHRISTOPHER MACK CHARLES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

February 8, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

BILBREY, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Christopher Mack Charles, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.